UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| WORLDWIDE EQUIPMENT OF TN, INC., | ) ) ) | Civil No. 14-108-ART |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Federal Rule of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** that:

(1) The United States' renewed motion to dismiss, R. 147, is **GRANTED**.

(2) Worldwide's complaints in the four consolidated cases are **DISMISSED**.

(3) This action is **STRICKEN** from the Court's active docket.

(4) All other pending motions are **DENIED AS MOOT**, and all scheduled hearings are **CANCELLED**.

(5) This is a final judgment, and there is no just cause for delay.

This the 12th day of December, 2016.



Signed By:
*Amul R. Thapar*  AT
United States District Judge